| | |
|---|---|
| DAVID H. KRAMER, SBN 168452<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email: dkramer@wsgr.com<br><br>Attorneys for Defendant<br>PINTEREST, INC. | MICHAEL R. REESE, SBN 206773<br>REESE LLP<br>100 W. 93rd Street, 16th Floor<br>New York, NY 10025<br>Telephone: 212-643-0500<br>Email: mreese@reesellp.com<br><br>GEORGE V. GRANADE, SBN 316050<br>REESE LLP<br>8484 Wilshire Boulevard, Suite 515<br>Los Angeles, CA 90211<br>Telephone: 212-643-0500<br>Email: ggranade@reesellp.com<br><br>Attorneys for Plaintiff<br>HAROLD DAVIS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD DAVIS,<br><br>    Plaintiff,<br><br>   v.<br><br>PINTEREST, INC.,<br><br>    Defendant. | CASE NO.: 4:19-cv-07650-HSG<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND CASE MANAGEMENT DEADLINES**<br>  Civil Local Rule 6-2<br><br>Honorable Haywood S. Gilliam, Jr. |

1 | Pursuant to Civil Local Rule 6-2, Defendant Pinterest, Inc. ("Defendant") and Plaintiff Harold Davis, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS the Parties have agreed that Defendant shall have until February 19, 2020 to answer or otherwise respond to the complaint.

IT IS HEREBY STIPULATED by and between the Parties that the Initial Case Management Conference, currently scheduled for February 25, 2020, shall be continued to April 28, 2020, at 2:00 p.m., or whichever date thereafter the Court may choose.

IT IS FURTHER STIPULATED that all associated deadlines are continued accordingly.

Respectfully submitted,

Dated: February 18, 2020

WILSON SONSINI GOODRICH & ROSATI.
Professional Corporation

By: */s/ David H. Kramer*
David H. Kramer
dkramer@wsgr.com

*Attorneys for Defendant*
PINTEREST, INC.

Dated: February 18, 2020

RESSE LLP

By: */s/ Michael R. Reese*
Michael R. Reese
mreese@reesellp.com

*Attorneys for Plaintiff*
HAROLD DAVIS

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED except that the case management conference will be held on March 26, 2020 at 2:00 p.m. to be held along with hearing on the motion to dismiss.

Dated: 2/20/2020

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge