| | |
|---|---|
| DAVID H. KRAMER, SBN 168452<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone:  (650) 493-9300<br>Facsimile:  (650) 565-5100<br>Email:  dkramer@wsgr.com<br><br>Attorneys for Defendant<br>PINTEREST, INC. | MICHAEL R. REESE, SBN 206773<br>REESE LLP<br>100 West 93rd Street. 16th Floor<br>New York, NY 10025<br>Telephone:   (212) 643-0500<br>Facsimile:   (212) 253-4272<br>Email:   mreese@reesellp.com<br><br>GEORGE V. GRANADE, SBN 316050<br>REESE LLP<br>8484 Wilshire Boulevard, Suite 515<br>Los Angeles, CA 90211<br>Telephone:  212-643-0500<br>Email: ggranade@reesellp.com<br><br>Attorneys for Plaintiff<br>HAROLD DAVIS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HAROLD DAVIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PINTEREST, INC.,<br><br>　　　　Defendant. | CASE NO.:  4:19-cv-07650-HSG<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR AN EXTENDED BRIEFING SCHEDULE**<br><br>Civil Local Rule 6-2<br><br>Complaint Filed:  November 20, 2019<br><br>Honorable Haywood S. Gilliam, Jr. |

1   Pursuant to Civil Local Rule 6-2, Defendant Pinterest, Inc. ("Defendant") and Plaintiff
2  Harold Davis ("Plaintiff") (collectively, the "Parties"), by and through their respective counsel of
3  record, hereby stipulate as follows:
4   WHEREAS the Court has instructed Defendant to re-notice its motion for hearing on a
5  date after May 21, 2020 (ECF No. 29).
6   WHEREAS the current COVID-19 pandemic and resulting emergency orders have
7  disrupted the Parties' ordinary courses of business and ability to respond to court filings.
8   WHEREAS the Parties have agreed to an extended briefing schedule to enable the Parties
9  to fully address the merits of Defendant's motion under current circumstances.
10   Therefore, IT IS HEREBY STIPULATED by and between the Parties that:
11   (i) Plaintiff should have until May 25, 2020 to respond to Defendant's motion to dismiss;
12   (ii) Defendant should have until June 15, 2020 to file its reply; and
13   (iii) The hearing on Defendant's motion may be held on July 2, 2020, at 2:00 p.m., or on
14  whichever date thereafter the Court may choose.

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: April 15, 2020 | WILSON SONSINI GOODRICH & ROSATI Professional Corporation |
| 5 | | By: */s/ David H. Kramer* <br> David H. Kramer <br> dkramer@wsgr.com |
| 7 | | Attorneys for Defendant <br> PINTEREST, INC. |
| 9 | Dated: April 15, 2020 | REESE LLP |
| 11 | | By: */s/ Michael R. Reese* <br> Michael R. Reese <br> mreese@reesellp.com |
| 13 | | Attorneys for Plaintiff <br> HAROLD DAVIS |

**[PROPOSED]** ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

(i)   Plaintiff shall have until May 25, 2020 to respond to Defendant's motion to dismiss;

(ii)  Defendant shall have until June 15, 2020 to file its reply; and

(iii) The hearing on Defendant's motion shall be set for   July 2, 2020 at 2:00 p.m  .

Dated: April 16, 2020

*[signature: Haywood S. Gilliam Jr.]*
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge