| | |
|---|---|
| DAVID H. KRAMER, SBN 168452<br>**WILSON SONSINI GOODRICH & ROSATI**<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, California 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email: dkramer@wsgr.com<br><br>Attorneys for Defendant<br>PINTEREST, INC. | MICHAEL R. REESE, SBN 206773<br>**REESE LLP**<br>100 West 93rd Street. 16th Floor<br>New York, New York 10025<br>Telephone: (212) 643-0500<br>Facsimile: (212) 253-4272<br>Email: mreese@reesellp.com<br><br>GEORGE V. GRANADE, SBN 316050<br>**REESE LLP**<br>8484 Wilshire Boulevard, Suite 515<br>Los Angeles, California 90211<br>Telephone: 212-643-0500<br>Email: ggranade@reesellp.com<br><br>Attorneys for Plaintiff<br>HAROLD DAVIS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HAROLD DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>PINTEREST, INC.,<br><br>    Defendant. | CASE NO.: 4:19-cv-07650-HSG<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR AN EXTENDED BRIEFING SCHEDULE** (as modified)<br><br>Civil Local Rule 6-2<br><br>Complaint Filed: November 20, 2019<br><br>Honorable Haywood S. Gilliam, Jr. |

Pursuant to Civil Local Rule 6-2, Defendant Pinterest, Inc. ("Defendant") and Plaintiff Harold Davis ("Plaintiff") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS Plaintiffs' Opposition to Defendant's Motion to Dismiss is currently due on May 25, 2020;

WHEREAS the current COVID-19 pandemic and resulting emergency orders have disrupted the Parties' ordinary courses of business and ability to respond to court filings;

WHEREAS the Parties have agreed to an extended briefing schedule to enable the Parties to fully address the merits of Defendant's motion under current circumstances;

Therefore, IT IS HEREBY STIPULATED by and between the Parties that:

(i) Plaintiff should have until June 8, 2020 to respond to Defendant's motion to dismiss;

(ii) Defendant should have until June 29, 2020 to file its reply; and

(iii) The hearing on Defendant's motion is adjourned from July 2, 2020, at 2:00 p.m. to July 30, 2020 at 2:00 p.m., or on whichever date thereafter the Court may choose.

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: May 22, 2020 | WILSON SONSINI GOODRICH & ROSATI |
| 3 | | Professional Corporation |

By: */s/ David H. Kramer*
    David H. Kramer
    dkramer@wsgr.com

Attorneys for Defendant
PINTEREST, INC.

Dated: May 22, 2020                REESE LLP

By:     */s/ Michael R. Reese*
        Michael R. Reese
        mreese@reesellp.com

Attorneys for Plaintiff
HAROLD DAVIS

|   |   |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 |   |
| 3 | PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT: |
| 4 | (i)   Plaintiff shall have until June 8, 2020 to respond to Defendant's motion to dismiss; |
| 5 | (ii)  Defendant shall have until June 29, 2020 to file its reply; and |
| 6 | (iii) The motion will be deemed submitted on the papers upon receipt of the final brief. |

Dated: 5/26/2020

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge