| | |
|---|---|
| DAVID H. KRAMER, CAL. SBN 168452 | SUE J. NAM CAL. SBN 206729 |
| **WILSON SONSINI GOODRICH & ROSATI, P.C.** | MICHAEL R. REESE, CAL. SBN 206773 |
| | **REESE LLP** |
| 650 Page Mill Road | 100 West 93rd Street. 16th Floor |
| Palo Alto, California 94304-1050 | New York, New York 10025 |
| Telephone:  (650) 493-9300 | Telephone:    (212) 643-0500 |
| Facsimile:    (650) 565-5100 | Facsimile:    (212) 253-4272 |
| Email: *dkramer@wsgr.com* | Email: *snam@reesellp.com* |
| | *mreese@reesellp.com* |
| Counsel for Defendant | |
| PINTEREST, INC. | GEORGE V. GRANADE, CAL. SBN 316050 |
| | **REESE LLP** |
| | 8484 Wilshire Boulevard, Suite 515 |
| | Los Angeles, California 90211 |
| | Telephone:  212-643-0500 |
| | Email: *ggranade@reesellp.com* |
| | |
| | Counsel for Plaintiff |
| | HAROLD DAVIS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD DAVIS, | CASE NO.: 4:19-cv-07650-HSG |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER FOR AMENDED MOTION TO AMEND COMPLAINT** |
| v. | |
| PINTEREST, INC., | |
| Defendant. | |

WHEREAS, the above-captioned case is pending before this Court in the United States District Court for the Northern District of California, entitled: *Davis v. Pinterest, Inc.*, Case No. 4:19-cv-07650-HSG (N.D. Cal.) ("*Davis*") (the "Action").

WHEREAS, Plaintiff in the Action alleges Pinterest, Inc. ("Pinterest" or "Defendant") violated the federal Copyright Act;

WHEREAS, Pinterest denies such allegations;

WHEREAS, on June 22, 2020, this Court granted Plaintiff leave to amend his complaint, but ruled that "Plaintiff may not add any additional defendants or new claims." Order Granting Motion to Dismiss (Dkt No. 39);

WHEREAS, on July 31, 2020, Plaintiff filed a motion for leave to amend his complaint (Dkt No. 41). In addition to amending his claim for contributory copyright infringement, Plaintiff's proposed amended complaint sought to pursue an action on behalf of himself individually and on behalf of all others similarly situated and to add a new claim of a violation of the Digital Millennial Copyright Act (the "DMCA"), 17 U.S.C. § 1202(b);

WHEREAS, after an initial telephonic case management conference held on August 25, 2020, this Court directed the Parties to meet and confer and e-file a stipulation and proposed order regarding a briefing schedule on Plaintiff's motion for leave to file an amended complaint (Dkt No. 47);

WHEREAS, the Parties met and conferred;

WHEREAS Plaintiff will no longer seek to amend his complaint to bring his action on behalf of a proposed class, but continues to seek to add a claim of a violation of section 1202(b) of the DMCA.

NOW THEREFORE, the Parties through their respective counsel and subject to the Court's approval hereby stipulate that:

1. Plaintiff shall file its Amended Motion for Leave to Amend on or before September 11, 2020, which will seek leave from this Court only to add a claim of a violation of section 1202(b) of the DMCA.

2. Defendant shall file its opposition, if any, to the Amended Motion for Leave to Amend on or before September 25, 2020.

3. Plaintiff shall file its reply to Defendant's opposition, if any, on or before October 2, 2020.

1 | **IT IS SO STIPULATED.**

2 | Respectfully submitted,

3 | Dated: August 31, 2020        **REESE LLP**

         _/s/ Sue J. Nam_
                Sue J. Nam

         *Counsel for Plaintiff Davis*

9 | Dated: August 31, 2020        **WILSON SONSINI GOODRICH & ROSATI, P.C.**

         _/s/ David H. Kramer_
                David H. Kramer

         *Counsel for Pinterest, Inc.*

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, THE COURT HEREBY ORDERS AS FOLLOWS:

1. Plaintiff shall file its Amended Motion for Leave to Amend on or before September 11, 2020, which will seek leave from this Court only to add his claim of a violation of the Digital Millennial Copyright Act (the "DMCA"), 17 U.S.C. § 1202(b).

2. Defendant shall file its opposition, if any, to the Amended Motion for Leave to Amend on or before September 25, 2020.

3. Plaintiff shall file its reply to Defendant's opposition, if any, on or before October 2, 2020.

**SO ORDERED**

Dated: __9/2/2020__

*Haywood S. Gilliam Jr.*
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge