DAVID H. KRAMER, SBN 168452
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100
Email:   dkramer@wsgr.com

Attorneys for Defendant
PINTEREST, INC.

SUE J. NAM, SBN 206729
MICHAEL R. REESE, SBN 206773
REESE LLP
100 West 93rd Street. 16th Floor
New York, NY 10025
Telephone:   (212) 643-0500
Facsimile:   (212) 253-4272
Email:   snam@reesellp.com;
   mreese@reesellp.com

GEORGE V. GRANADE, SBN 316050
REESE LLP
8484 Wilshire Boulevard, Suite 515
Los Angeles, CA 90211
Telephone:   (212) 643-0500
Email:   ggranade@reesellp.com

Attorneys for Plaintiff
HAROLD DAVIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HAROLD DAVIS,<br><br>            Plaintiff,<br><br>    v.<br><br>PINTEREST, INC.,<br><br>            Defendant. | CASE NO.:  4:19-cv-07650-HSG<br><br>**JOINT STIPULATION AND ORDER FOR EXTENDED RESPONSE DEADLINE AND BRIEFING SCHEDULE**<br><br>Civil Local Rule 6-2<br><br>Complaint Filed:  November 20, 2019<br><br>Honorable Haywood S. Gilliam, Jr. |

1    Pursuant to Civil Local Rule 6-2, Defendant Pinterest, Inc. ("Defendant") and Plaintiff
2 Harold Davis ("Plaintiff") (collectively, the "Parties"), by and through their respective counsel of
3 record, hereby stipulate as follows:
4    WHEREAS the Court permitted Plaintiff to file by November 13, 2020 a Second
5 Amended Complaint ("SAC") to address the deficiencies the Court previously identified in
6 Plaintiff's contributory copyright infringement claim. *See* ECF No. 55.
7    WHEREAS Plaintiff filed his SAC on November 11, 2020. *See* ECF No. 56.
8    WHEREAS Defendant intends to file a motion to dismiss the contributory infringement
9 claim as alleged in the SAC.
10    WHEREAS, per the Court's Scheduling Notes, the next available date on which
11 Defendant's motion may be heard is February 4, 2021.
12    WHEREAS the Parties have agreed to extend Defendant's deadline to respond to the
13 SAC and to an extended briefing schedule to enable the Parties to fully address the merits of
14 Defendant's anticipated motion and to minimize disruption from the upcoming holidays.
15    Therefore, IT IS HEREBY STIPULATED by and between the Parties that:
16    (i) Defendant should have until December 9, 2020 to file its motion to dismiss the
17 contributory infringement claim in, or otherwise respond to, the SAC;
18    (ii) Plaintiff should have until January 6, 2021 to respond to Defendant's Rule 12 motion;
19    (iii) Defendant should have until January 20, 2021 to file its reply; and
20    (iv) If the Court chooses to set a hearing on Defendant's motion, the parties are available
21 on February 4, 2021, at 2:00 p.m., or on a date thereafter of the Court's choosing.

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: November 16, 2020 | WILSON SONSINI GOODRICH & ROSATI |
| 3 | | Professional Corporation |

By:  */s/ David H. Kramer*
      David H. Kramer
      dkramer@wsgr.com

Attorneys for Defendant
PINTEREST, INC.

Dated: November 16, 2020           REESE LLP

By: */s/ Sue J. Nam*
      Sue J. Nam
      snam@reesellp.com

Attorneys for Plaintiff
HAROLD DAVIS

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

(i) Defendant shall have until December 9, 2020 to file its motion to dismiss the contributory infringement claim in, or otherwise respond to, Plaintiff's Second Amended Complaint;

(ii)   Plaintiff shall have until January 6, 2021 to respond to Defendant's Rule 12 motion;

(iii)   Defendant shall have until January 20, 2021 to file its reply; and

(iv)   The hearing on Defendant's motion shall be set for February 4, 2021 at 2:00 p.m.

Dated: November 17, 2020

_/s/ Haywood S. Gilliam, Jr._
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge