DAVID H. KRAMER, SBN 168452
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:    (650) 493-9300
Facsimile:    (650) 565-5100
Email:        dkramer@wsgr.com

Attorneys for Defendant
PINTEREST, INC.

SUE J. NAM, SBN 206729
MICHAEL R. REESE, SBN 206773
REESE LLP
100 West 93rd Street. 16th Floor
New York, NY 10025
Telephone:    (212) 643-0500
Facsimile:    (212) 253-4272
Email:        snam@reesellp.com;
              mreese@reesellp.com

GEORGE V. GRANADE, SBN 316050
REESE LLP
8484 Wilshire Boulevard, Suite 515
Los Angeles, CA 90211
Telephone:    (212) 643-0500
Email:        ggranade@reesellp.com

Attorneys for Plaintiff
HAROLD DAVIS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| HAROLD DAVIS,<br><br>             Plaintiff,<br><br>     v.<br><br>PINTEREST, INC.,<br><br>             Defendant. | CASE NO.:  4:19-cv-07650-HSG<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SETTING CASE SCHEDULE**<br><br>Complaint Filed:  November 20, 2019<br><br>Honorable Haywood S. Gilliam, Jr. |

Defendant Pinterest, Inc. ("Defendant") and Plaintiff Harold Davis ("Plaintiff") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the Court directed the Parties to "meet and confer and e-file a stipulation and proposed order setting a case schedule." *See* ECF No. 60.

WHEREAS the Parties, having met and conferred, propose the following case schedule and respectfully request that the Court adopt this schedule:

| Event | Proposed Date |
|---|---|
| Deadline for Plaintiff to serve final identification of alleged infringements at issue. | June 1, 2021 |
| Fact Discovery Cut Off*<br><br>*Pinterest permitted until September 3, 2021 to pursue discovery regarding identified alleged infringements. | July 2, 2021 |
| Disclosure of Proposed Experts. | July 12, 2021 |
| Opening Expert Reports. | August 2, 2021 |
| Fact Discovery Cut Off for Pinterest regarding identified alleged infringements. | September 3, 2021 |
| Rebuttal Expert Reports. | September 27, 2021 |
| Expert Discovery Cutoff. | October 11, 2021 |
| Last Day to File Dispositive Motions. | November 4, 2021 |
| Hearing Date for Dispositive Motions. | December 9, 2021 at 2 PM |
| Pre-Trial Conference. | March 8, 2022 at 3 PM |
| Earliest Date for Trial. | April 12, 2022 at 8:30 AM |

-1-

1

Respectfully submitted,

2

Dated:  December 8, 2020

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

3

4

By:   */s/ David H. Kramer*

5

David H. Kramer
dkramer@wsgr.com

6

7

Attorneys for Defendant
PINTEREST, INC.

8

9

Dated:  December 8, 2020

REESE LLP

10

11

By: */s/ Michael R. Reese*

12

Michael R. Reese
mreese@reesellp.com

13

14

Attorneys for Plaintiff
HAROLD DAVIS

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2

**[PROPOSED]**
**ORDER**

3

PURSUANT TO STIPULATION, the Court hereby SETS the following case schedule:

4
5
6
7
8
9
10
11
12
13
14
15
16
17

| Event | Proposed Date |
| --- | --- |
| Deadline for Plaintiff to serve final identification of alleged infringements at issue. | June 1, 2021 |
| Fact Discovery Cut Off*<br><br>*Pinterest permitted until September 3, 2021 to pursue discovery regarding identified alleged infringements. | July 2, 2021 |
| Disclosure of Proposed Experts. | July 12, 2021 |
| Opening Expert Reports. | August 2, 2021 |
| Fact Discovery Cut Off for Pinterest regarding identified alleged infringements. | September 3, 2021 |
| Rebuttal Expert Reports. | September 27, 2021 |
| Expert Discovery Cutoff. | October 11, 2021 |
| Last Day to File Dispositive Motions. | November 4, 2021 |
| Hearing Date for Dispositive Motions. | December 9, 2021 at 2 PM |
| Pre-Trial Conference. | March 8, 2022 at 3 PM |
| Earliest Date for Trial. | April 12, 2022 at 8:30 AM |

18
19

Dated: December __, 2020

20
21
22

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge

23
24
25
26
27
28

**ATTORNEY ATTESTATION**

I, David H. Kramer, am the ECF User whose identification and password are being used to file this stipulation.  In compliance with Local Rule 5-1(i)(3), I hereby attest that the concurrence in the filing of the document has been obtained from the other signatory.

By:   */s/ David H. Kramer*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2020, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

By:  */s/ David H. Kramer*
David H. Kramer

-4-