UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD DAVIS,<br><br>    Plaintiff,<br><br>v.<br><br>PINTEREST, INC.,<br><br>    Defendant. | Case No. 19-cv-07650-HSG<br><br>**SCHEDULING ORDER**<br><br>Re: Dkt. No. 61 |

A telephonic case management conference was held on November 24, 2020. Having considered the parties' proposed case schedule, *see* Dkt. No. 61, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | March 1, 2021 |
| Deadline for Plaintiff to Serve Final Identification of Alleged Infringements | June 1, 2021 |
| Close of Fact Discovery* | July 2, 2021<br><br>*Defendant may pursue discovery regarding the identified alleged infringements through September 3, 2021 |
| Disclosure of Proposed Experts | July 12, 2021 |
| Exchange of Opening Expert Reports | August 2, 2021 |
| Exchange of Rebuttal Expert Reports | September 27, 2021 |
| Close of Expert Discovery | October 11, 2021 |
| Dispositive Motion Hearing Deadline | December 9, 2021, at 2:00 p.m. |
| Pretrial Conference | March 8, 2022, at 3:00 p.m. |
| Jury Trial (5 days) | April 11, 2022, at 8:30 a.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders. This order terminates Dkt. No. 61.

**IT IS SO ORDERED.**

Dated: 12/15/2020

_Haywood S. Gilliam, Jr._
HAYWOOD S. GILLIAM, JR.
United States District Judge