| | |
|---|---|
| SUE J. NAM CAL. SBN 206729<br>MICHAEL R. REESE, CAL. SBN 206773<br>**REESE LLP**<br>100 West 93rd Street. 16th Floor<br>New York, New York 10025<br>Telephone:   (212) 643-0500<br>Facsimile:    (212) 253-4272<br>Email: *snam@reesellp.com*<br>           *mreese@reesellp.com*<br><br>Counsel for Plaintiff<br>HAROLD DAVIS | DAVID H. KRAMER, CAL. SBN 168452<br>**WILSON SONSINI GOODRICH &**<br>**ROSATI, P.C.**<br>650 Page Mill Road<br>Palo Alto, California 94304-1050<br>Telephone:  (650) 493-9300<br>Facsimile:   (650) 565-5100<br>Email: *dkramer@wsgr.com*<br><br>Counsel for Defendant<br>PINTEREST, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HAROLD DAVIS,<br><br>    Plaintiff,<br><br>   v.<br><br>PINTEREST, INC.,<br><br>    Defendant. | CASE NO.: 4:19-cv-07650-HSG<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF BRIEFING SCHEDULE FOR RESPONSE AND REPLY TO DEFENDANT'S MOTION TO DISMISS**<br><br>Civil Local Rule 6-2<br><br>Complaint Filed:  November 20, 2019<br><br>Honorable Haywood S. Gilliam, Jr. |

Pursuant to Civil Local Rule 6-2, Defendant Pinterest, Inc. ("Defendant") and Plaintiff Harold Davis ("Plaintiff") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS the Court permitted Plaintiff to file by November 13, 2020 a Second Amended Complaint ("SAC") to address the deficiencies the Court previously identified in Plaintiff's contributory copyright infringement claim. *See* ECF No. 55.

1   WHEREAS Plaintiff filed his SAC on November 11, 2020. *See* ECF No. 56.

2   WHEREAS Defendant filed a motion to dismiss the contributory infringement claim as

3   alleged in the SAC on December 9, 2020. *See* ECF No. 62.

4   WHEREAS, the parties were notified on December 29, 2020 by ECF. No. 64 that the

5   hearing on Defendant's motion, previously set for February 4, 2021, is continued to March 4,

6   2021, at 2:00 p.m.;

7   WHEREAS, the Parties have agreed to extend their respective deadlines to file Plaintiff's

8   response to the motion to dismiss and Defendant's reply to enable the Parties to fully address the

9   merits of Defendant's motion; and

10   WHEREAS, the proposed relief will not affect any currently scheduled dates or deadlines

11   in this case.

12   Therefore, IT IS HEREBY STIPULATED by and between the Parties that:

13   (i) Plaintiff should have until January 20, 2021 to respond to Defendant's motion to

14   dismiss (ECF No. 62); and

15   (ii) Defendant should have until February 11, 2021 to file its reply.

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | Dated:  December 30, 2020 | REESE LLP |
| 3 |   |   |
| 4 |   |   |
| 5 |   | By: */s/ Sue J. Nam*<br>      Sue J. Nam<br>      snam@reesellp.com |
| 6 |   |   |
| 7 |   | Attorneys for Plaintiff<br>HAROLD DAVIS |
| 8 |   |   |
| 9 | Dated:  December 30, 2020 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 10 |   |   |
| 11 |   |   |
| 12 |   | By:   */s/ David H. Kramer*<br>       David H. Kramer<br>       dkramer@wsgr.com |
| 13 |   |   |
| 14 |   | Attorneys for Defendant<br>PINTEREST, INC. |

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

(i) Plaintiff shall have until January 20, 2021 to respond to Defendant's motion to dismiss (ECF No. 62); and (ii) Defendant shall have until February 11, 2021 to file its reply.

Dated: 1/4/2021

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge