Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Harold Davis )
            Plaintiff(s), )
v. )
Pinterest, Inc. )
           Defendant(s). )

Case No: 4:19-cv-07650-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE ; ORDER**
(CIVIL LOCAL RULE 11-3)

I, David C. Deal, an active member in good standing of the bar of Virginia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Harold Davis in the above-entitled action. My local co-counsel in this case is George Granade, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| P.O. Box 1042<br>Croset, VA 22960 | 8484 Wilshire Bouleavard, Suite 515<br>Los ANgeles, CA 90211 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (434) 233-2727 | (310) 393-0070 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| david@daviddeal.com | ggranande@reesellp.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 86005.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 03/01/21

                                        David C. Deal
                                        APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of David C. Deal is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/3/2021

                                        Haywood S. Gill, Jr.
                                        UNITED STATES DISTRICT JUDGE

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT DAVID CHRISTOPHER DEAL IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. MR. DEAL WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON [...] AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD [...]

[...]ry 19, 2021

KAREN A. GOULD