| | |
|---|---|
| DAVID H. KRAMER, SBN 168452<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email: dkramer@wsgr.com<br><br>Attorneys for Defendant<br>PINTEREST, INC. | SUE J. NAM, SBN 206729<br>MICHAEL R. REESE, SBN 206773<br>REESE LLP<br>100 West 93rd Street. 16th Floor<br>New York, NY 10025<br>Telephone: (212) 643-0500<br>Facsimile: (212) 253-4272<br>Email: snam@reesellp.com;<br>mreese@reesellp.com<br><br>GEORGE V. GRANADE, SBN 316050<br>REESE LLP<br>8484 Wilshire Boulevard, Suite 515<br>Los Angeles, CA 90211<br>Telephone: (212) 643-0500<br>Email: ggranade@reesellp.com<br><br>Attorneys for Plaintiff<br>HAROLD DAVIS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HAROLD DAVIS,<br><br>    Plaintiff,<br><br>v.<br><br>PINTEREST, INC.,<br><br>    Defendant. | CASE NO.: 4:19-cv-07650-HSG<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES FOR DEPOSITIONS ONLY**<br><br>Civil Local Rule 6-2<br><br>Honorable Haywood S. Gilliam, Jr. |

Pursuant to Civil Local Rule 6-2, Defendant Pinterest, Inc. ("Defendant") and Plaintiff Harold Davis ("Plaintiff") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, fact discovery is scheduled to close on July 2, 2021, with Pinterest having until September 3, 2021 to "pursue discovery regarding the identified alleged infringements." *See* ECF No. 63;

WHEREAS, the Parties have agreed to extend the July 2, 2021 fact discovery deadline to August 6, 2021 *for depositions only* to enable the Parties to accommodate their own and their witnesses' summer schedules;

WHEREAS, the Parties reserve the right to request production of specific documents that first come to light during the testimony in any deposition, but do not waive their rights to object to such a request as appropriate;

WHEREAS, any motion to compel discovery shall be filed in accordance with the deadlines imposed by Local Rule 37-3 (i.e. by July 9, 2021 for written discovery, and August 13 for deposition discovery), except upon a showing of good cause;

WHEREAS, the requested extension will not affect the July 2, 2021 deadline to complete written discovery or any other dates or deadlines set forth in the Court's Scheduling Order. *See* ECF No. 63;

WHEREAS, this is the first request to modify the case schedule.

Therefore, IT IS HEREBY STIPULATED by and between the Parties that:

The July 2, 2021 deadline to complete fact discovery should be extended to August 6, 2021 for purposes of taking depositions.

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Dated: June 7, 2021 | | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |

By:   */s/ David H. Kramer*
      David H. Kramer
      dkramer@wsgr.com

Attorneys for Defendant
PINTEREST, INC.

Dated: June 7, 2021               REESE LLP

By: */s/ Michael R. Reese*
    Michael R. Reese
    mreese@reesellp.com

Attorneys for Plaintiff
HAROLD DAVIS

## ATTORNEY ATTESTATION

I, David H. Kramer, am the ECF User whose identification and password are being used to file this stipulation. In compliance with Local Rule 5-1(i)(3), I hereby attest that the concurrence in the filing of the document has been obtained from the other signatory.

By:    */s/ David H. Kramer*

**ORDER**

PURSUANT TO STIPULATION, the July 2, 2021 deadline to complete fact discovery is HEREBY EXTENDED to August 6, 2021 solely for purposes of taking depositions. All other dates and deadlines set forth in the Court's Scheduling Order (ECF No. 63), including the July 2, 2021 deadline to complete written discovery, remain in effect.

Dated: 6/8/2021

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge