UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HAROLD DAVIS,

        Plaintiff,

v.

PINTEREST, INC.,

        Defendant.

Case No. 19-cv-07650-HSG   (TSH)

**DISCOVERY ORDER**

Re: Dkt. No. 98

The parties have filed a joint discovery letter brief concerning Davis's requests for production ("RFPs") to Pinterest, as well as his interrogatories ("rogs") 6 and 7. ECF No. 98. Exhibits A and B to the letter brief contain Pinterest's responses to these discovery requests, but to better evaluate the parties' arguments, the Court would like to see the requests themselves, for example, to see how the capitalized terms in the RFPs and rogs were defined, as well as what other instructions the requests included. Also, the text of rog 6 seems to be missing from the parties' submission. Accordingly, the Court orders Davis to file the RFPs and rogs he served on Pinterest by 3:00 p.m. tomorrow.

        **IT IS SO ORDERED.**

Dated: July 13, 2021

THOMAS S. HIXSON
United States Magistrate Judge