# REESE LLP

July 13, 2021

**VIA ECF**

Honorable Thomas S. Hixson
U.S. District Court, Northern District of California San Francisco Courthouse
Courtroom G – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *Davis v. Pinterest, Inc.*, Case No. 4:19-cv-07650-HSG

Dear Judge Hixson:

    We represent Plaintiff in the above captioned action and write pursuant to Your Honor's Order on July 13, 2021, ECF No. 102. Please find filed concurrently herewith:

    **Plaintiff's Exhibit D**, a true and correct copy of Plaintiff's First Set of Interrogatories; and

    **Plaintiff's Exhibit E**, a true and correct copy of Plaintiff's First Set of Requests for the Production of Documents.

    Respectfully submitted,

    */s/Charles D. Moore*
    Charles D. Moore
    **REESE LLP**

cc:    all counsel of record via ECF