1  DAVID H. KRAMER, SBN 168452
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   650 Page Mill Road
3  Palo Alto, CA 94304-1050
   Telephone:  (650) 493-9300
4  Facsimile:  (650) 565-5100
   Email:      dkramer@wsgr.com
5
   Attorneys for Defendant
6  PINTEREST, INC.

7

8

9

10

11

12

SUE J. NAM, SBN 206729
MICHAEL R. REESE, SBN 206773
REESE LLP
100 West 93rd Street, 16th Floor
New York, NY 10025
Telephone:  (212) 643-0500
Facsimile:  (212) 253-4272
Email:      snam@reesellp.com;
            mreese@reesellp.com

CHARLES D. MOORE
REESE LLP
100 South 5th Street
Minneapolis, MN 55402
Telephone:  (212) 643-0500
Email:      cmoore@reesellp.com

Attorneys for Plaintiff
HAROLD DAVIS

13              UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15                   OAKLAND DIVISION

16

17  HAROLD DAVIS,                )  CASE NO.:  4:19-cv-07650-HSG
                                 )
18          Plaintiff,           )  **STIPULATION AND ORDER TO ALLOW
                                 )  FILING IN EXCESS OF DEFAULT PAGE
19     v.                        )  LIMIT**
                                 )
20                               )
                                 )
21  PINTEREST, INC.,             )  Honorable Haywood S. Gilliam, Jr.
                                 )
22          Defendant.           )
                                 )
23                               )
                                 )
24                               )
                                 )
25

26

27

28

---

STIPULATION AND ORDER                          CASE NO.: 4:19-CV-07650-HSG

1    Pursuant to Civil Local Rule 6-2, Defendant Pinterest, Inc. ("Defendant") and Plaintiff

2   Harold Davis ("Plaintiff") (collectively, the "Parties"), by and through their respective counsel of

3   record, hereby stipulate as follows:

4    WHEREAS, the current Scheduling Order in this matter sets November 4, 2021, as the

5   Deadline for filing Dispositive Motions. *See* ECF No. 63;

6    WHEREAS, on September 29, 2021, the Parties filed a stipulation requesting to continue

7   the case schedule—including the impending dispositive motion deadline—in light of currently

8   pending motions that may impact the scope of claims and defenses, and in light of family health

9   matters to which Defendant's lead counsel is attending. *See* ECF No. 139;

10    WHEREAS, that stipulation remains pending before the Court;

11    WHEREAS, regardless of the deadline for filing it, Pinterest's anticipated motion will be

12   based on several grounds, and each side believes that a modest increase in the page limits set

13   forth under Civil Local Rule 7-4(b) will allow a more robust discussion of those grounds and is

14   in the interest of justice.

15    Therefore, IT IS HEREBY STIPULATED by and between the Parties that, with the

16   Court's approval:

17    • The page limit for Pinterest's anticipated motion for summary judgment

18      should be extended by seven (7) pages for a total page limit of 32 pages;

19    • The page limit for Plaintiff's opposition to that motion should be extended by

20      seven (7) pages for a total page limit of 32 pages; and

21    • The page limit for Pinterest's reply in support of its motion should be extended by

22      (3) pages for a total page limit of 18 pages.

23

24

25

26

27

28

STIPULATION AND ORDER                                                    CASE NO.: 4:19-CV-07650-HSG

1

Respectfully submitted,

2    Dated:  October 13, 2021              WILSON SONSINI GOODRICH & ROSATI
                                          Professional Corporation
3

4
                                          By: */s/ David H. Kramer*
5                                              David H. Kramer
                                               dkramer@wsgr.com
6
                                          Attorneys for Defendant
7                                         PINTEREST, INC.

8

9    Dated:  October 13, 2021              REESE LLP

10

11                                        By: */s/ Michael R. Reese*
                                               Michael R. Reese
12                                             mreese@reesellp.com

13                                        Attorneys for Plaintiff
                                          HAROLD DAVIS
14

15

16

17                        **ATTORNEY ATTESTATION**

18       I, David H. Kramer, am the ECF User whose identification and password are being used

19   to file this stipulation.  In compliance with Local Rule 5-1(i)(3), I hereby attest that the

20   concurrence in the filing of the document has been obtained from the other signatory.

21
                                          By: */s/ David H. Kramer*
22

23

24

25

26

27

28

STIPULATION AND ORDER                                    CASE NO.: 4:19-CV-07650-HSG

**[PROPOSED] ORDER**

Based upon the parties' stipulation, and good cause appearing, IT IS HEREBY

ORDERED that:

- The page limit for Pinterest's anticipated motion for summary judgment shall be extended by seven (7) pages for a total page limit of 32 pages;

- The page limit for Plaintiff's opposition to that motion shall be extended by seven (7) pages for a total page limit of 32 pages; and

- The page limit for Pinterest's reply in support of its motion shall be extended by (3) pages for a total page limit of 18 pages.


Dated:   10/21/2021

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

-1-