| | |
|---|---|
| DAVID H. KRAMER, SBN 168452<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, California 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email: dkramer@wsgr.com<br><br>Attorneys for Defendant<br>PINTEREST, INC. | SUE J. NAM, SBN 206729<br>MICHAEL R. REESE, SBN 206773<br>REESE LLP<br>100 West 93rd Street. 16th Floor<br>New York, New York 10025<br>Telephone: (212) 643-0500<br>Facsimile: (212) 253-4272<br>Email: snam@reesellp.com;<br>mreese@reesellp.com<br><br>CHARLES D. MOORE<br>REESE LLP<br>100 South 5th Street<br>Minneapolis, Minnesota 55402<br>Telephone: (212) 643-0500<br>Email: cmoore@reesellp.com<br><br>Attorneys for Plaintiff<br>HAROLD DAVIS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HAROLD DAVIS,<br><br>    Plaintiff,<br><br>v.<br><br>PINTEREST, INC.,<br><br>    Defendant. | CASE NO.: 4:19-cv-07650-HSG<br><br>**STIPULATION AND ORDER RE: PAGE LIMITS ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Honorable Haywood S. Gilliam, Jr. |

1    Pursuant to Civil Local Rule 6-2, plaintiff Harold Davis ("Plaintiff") and defendant
2 Pinterest, Inc. ("Defendant")(collectively, the "Parties"), by and through their respective counsel
3 of record, hereby stipulate as follows:
4    WHEREAS, the Scheduling Order in this matter sets November 4, 2021, as the deadline
5 for filing Dispositive Motions. *See* ECF No. 63.
6    WHEREAS, Plaintiff intends to file a motion for summary judgment;
7    WHEREAS, Defendant also intends to files a motion for summary judgment;
8    WHEREAS, Defendant previously requested a page extension for its anticipated motion
9 for summary judgment, which this Court granted (ECF No. 142);
10    WHEREAS, Plaintiff needs the same page extension for his anticipated motion for
11 summary judgment;
12    WHEREAS, Plaintiff's anticipated motion will be based on several grounds, and Plaintiff
13 believes that a modest increase in the page limits set forth under Civil Local Rule 7-4(b) will
14 allow a more robust discussion of those grounds and is in the interest of justice.
15    WHEREAS, Defendant is amenable to this request as a matter of courtesy.
16    Therefore, IT IS HEREBY STIPULATED by and between the Parties that, with the
17 Court's approval:

- The page limit for Plaintiff's anticipated motion for summary judgment should be extended by seven (7) pages for a total page limit of 32 pages;
- The page limit for Defendant's opposition to that motion should be extended by seven (7) pages for a total page limit of 32 pages; and
- The page limit for Plaintiff's reply in support of its motion should be extended by (3) pages for a total page limit of 18 pages.

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | November 1, 2021 | REESE LLP |

By: <u>/s/ Michael R. Reese</u>
    Michael R. Reese
    mreese@reesellp.com

Attorneys for Plaintiff
HAROLD DAVIS

Dated: November 1, 2021    WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation

By:  <u>/s/ David H. Kramer</u>
    David H. Kramer
    dkramer@wsgr.com

Attorneys for Defendant
PINTEREST, INC.

**ATTORNEY ATTESTATION**

I, Michael R. Reese, am the ECF User whose identification and password are being used to file this stipulation.  In compliance with Local Rule 5-1(i)(3), I hereby attest that the concurrence in the filing of the document has been obtained from the other signatory.

By:  <u>/s/ Michael R. Reese</u>

**ORDER**

Based upon the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

- The page limit for Plaintiff's anticipated motion for summary judgment shall be extended by seven (7) pages for a total page limit of 32 pages;
- The page limit for Defendant's opposition to that motion shall be extended by seven (7) pages for a total page limit of 32 pages; and
- The page limit for Plaintiff's reply in support of its motion shall be extended by (3) pages for a total page limit of 18 pages.

Dated: November 2, 2021

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE