# EXHIBIT B

Declaration of Thomas R. Wakefield

in Support of

Pinterest's Motion for Summary Judgment

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4                        -o0o-
 5
 6   HAROLD DAVIS,              )
                                )
 7                              )
         Plaintiff,             )
 8                              )
     vs.                        )Case No. 4:19-cv-07650-HSG
 9                              )
     PINTEREST, INC.,           )July 19, 2021
10                              )
                                )
11       Defendant.             )
     _____)
12
13
14                        -o0o-
15         30(b)(6) DEPOSITION OF HENRY LIEN
16       TAKEN REMOTELY FROM LAFAYETTE, CALIFORNIA
17       HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY
18
19                        -o0o-
20
21
22
23   Reported Remotely By:
24   Lynne A. Howe, CSR
25   License No. 13003
```

Page 40

1  produced in discovery 0000894 to 1066.
2       MR. KRAMER:  Should I be able to scroll through
3  this and get to the end or does it take more time to sort
4  of buffer it?
5       MR. REESE:  It may take a minute or two to
6  buffer.  But it's a relatively big document, so we can
7  give it a minute or two to fully upload.
8       I don't know, Mr. Lien, if it's fully uploaded
9  to you or not.
10      THE WITNESS:  I think it's still loading for me.
11      MR. KRAMER:  While we're waiting, Michael and
12 Ms. Howe, let me take this opportunity to designate the
13 transcript of Mr. Lien's 30(b)(6) deposition as highly
14 confidential, attorneys' eyes only, subject to reviewing
15 and addressing the designations pursuant to the order.
16 That will also be true with respect to his individual
17 deposition for what it's worth.
18      MR. REESE:  Let me ask you some questions while
19 the document's uploading.  That may take a bit because
20 it's a big document.
21 BY MR. REESE:
22      Q.  At Pinterest are you aware that there's a
23 process of assigning what are called strikes to pinners
24 that have had material they've posted on Pinterest
25 challenged as being infringement on copyright?

1           MR. KRAMER:  Sorry.  Can I have that question
2   again?
3           (Whereupon, the requested portion of the record was read
4                   back by the Reporter.)
5           MR. KRAMER:  I'll object as to form.
6           Henry, you can answer.
7           THE WITNESS:  So we do have a process for
8   applying strikes to pinners.
9   BY MR. REESE:
10      Q.   What --
11      A.   -- whose content is the subject of a notice of
12  alleged infringement.
13      Q.   What is that process?
14          MR. KRAMER:  Vague as to time.
15          THE WITNESS:  What is the process currently?
16  BY MR. REESE:
17      Q.   Yes.
18      A.   So currently when we receive a notice of alleged
19  infringement, the complainant who sends us that notice is
20  able to check a box that says to apply a strike, and if
21  that strike -- if that box is applied, then we will -- we
22  will apply a strike if -- so the IP ops team will review
23  the notice, determine whether it was a valid notice.  If
24  it's a valid notice and we determine that the content
25  should be removed, then as part of the processing of that

1  notice a strike will be applied to the user whose content
2  was identified in the notice.
3      Q.  What happens if they accumulate a certain number
4  of strikes?  Anything?
5          MR. KRAMER:  Objection to form.
6          THE WITNESS:  Yes.  Something does happen when
7  they accumulate a certain number of strikes.
8  BY MR. REESE:
9      Q.  What happens?
10     A.  What happens at which point?
11     Q.  What happens if the pinner accumulates one
12 strike?  Anything?
13     A.  When the pinner accumulates one strike they're
14 given a warning to let them know that their content was
15 subject to a notice of alleged infringement and they're
16 told that further accumulation of strikes could have
17 other ramifications.
18     Q.  What happens if they accumulate two strikes?
19     A.  When they accumulate two strikes they get a
20 similar warning and notice that further strikes could
21 lead to other consequences.
22     Q.  What happens if they accumulate three strikes?
23     A.  At three strikes the account of the pinner is
24 set into what we call read-only mode, which essentially
25 prevents them from making changes to their account,

**Page 43**

1   whether that's adding new content or removing old
2   content.  It also prevents them from running ads on the
3   platform.
4       Q.  What happens if they receive four strikes?
5       A.  At four strikes the pinner account is
6   terminated, and as part of that termination their content
7   is made unavailable on the platform.
8       Q.  So fair to say that they, the pinner, can't
9   receive five strikes then?
10          MR. KRAMER:  Objection to form.
11  BY MR. REESE:
12      Q.  Can a pinner receive five strikes?
13      A.  I -- I think there are -- I don't believe that's
14  possible, though there may be like weird edge cases where
15  somehow the account ends up with five strikes against the
16  account.  But I think in practice at four strikes the
17  account should become terminated.
18      Q.  And with respect to the accumulation of four
19  strikes, is that four strikes during a certain period of
20  time or is it four strikes at any time?
21      A.  If they receive four strikes -- if their account
22  receives four strikes at any point, then -- four active
23  strikes at any point, then the account should be
24  terminated.
25      Q.  So it's not if they receive four strikes a month

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 44

1    or some other specified time period; is that correct?
2            MR. KRAMER:  Objection to form.
3            THE WITNESS:  So again if they have four active
4    strikes against their account at any point, then at that
5    point the account should be terminated.
6    BY MR. REESE:
7        Q.  This strike process that you've been describing,
8    when was that first implemented at Pinterest?
9        A.  That policy has been in place as long as I've
10   been at the company.
11       Q.  Has it always been a four-strike policy that you
12   know of?
13       A.  As --
14           MR. KRAMER:  Objection to form.
15           Go ahead.
16           THE WITNESS:  So as long as I've been at the
17   company it's been a four-check policy.
18   BY MR. REESE:
19       Q.  Turning your attention to Page 1,003 of this
20   document, please.
21           MR. KRAMER:  Before you go there, this doesn't
22   look like it's one document to me.  I think this looks
23   like it's several documents put together as one.  I
24   understand why you may not have, given our dialogue with
25   the court on Friday about DAT files and TIFs.  I

1  case where we know what the rights holder was requesting
2  and we apply what was requested.
3  BY MR. REESE:
4      Q.  The DMCA does not require a copyright holder to
5  fill out an online form, correct?  They can provide
6  notice in other ways?
7          MR. KRAMER:  Objection to form.
8          THE WITNESS:  So based off of my understanding
9  of the DMCA, yes, you can provide a notice in a way other
10 than through a form.
11 BY MR. REESE:
12     Q.  In fact, this DMCA takedown notice was provided
13 to Pinterest in means other than the online form,
14 correct?
15     A.  As far as I can tell it looks like it came in
16 through an email address and not the form.
17     Q.  Isn't it true that Pinterest actually had the
18 registered agent to receive DMCA takedown notice
19 requests, correct?
20     A.  Pinterest had a registered agent.  Yes.
21     Q.  And during what period of time did Pinterest
22 have a registered agent to receive DMCA takedown notice
23 requests?
24     A.  For at least as long as I've been at the company
25 we've had a registered agent.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 59

1  Q.  So March 2015 to present?
2  A.  And before March 2015 as well.
3  Q.  And those requests for -- withdraw it.
4       Those DMCA takedown notices that go to the
5  registered agent, are they through the online claim form
6  or some other means?
7       MR. KRAMER:  Objection to the form of the
8  question.
9       THE WITNESS:  Sorry.  I didn't quite follow
10 that.
11 BY MR. REESE:
12  Q.  Sure.  The DMCA takedown notices that go to
13 Pinterest's registered agent, are they takedown notices
14 that are being submitted through Pinterest's online claim
15 form?
16  A.  I'm not sure I understood exactly what you're
17 asking, so I don't think I can answer that.
18  Q.  Sure.  You testified earlier that Pinterest has
19 an online form for submission of DMCA takedown notices;
20 is that correct?
21  A.  I don't remember if I testified to that
22 specifically, but we do have an online form.
23  Q.  If a submission is made by the online form, does
24 that go to the registered agent?
25  A.  I can't -- I'm not sure exactly what you mean by

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 74

1  Does Pinterest have the ability to do anything it wants
2  at all with those images?
3           MR. KRAMER:  There are a number of questions in
4  there.  I'll object and instruct on the grounds that I've
5  objected and instructed on.  What can Pinterest do with
6  an image, to the extent it's calling for a legal
7  conclusion that's clearly work product privilege.  I'll
8  also object as beyond the scope and as to the form of the
9  question.
10          Somewhere in there are questions you can answer,
11 though.  If you can figure them out, you can answer them.
12          MR. REESE:  Let's limit the objections to the
13 form and not speaking objections.  Thank you.
14          THE WITNESS:  So there were a lot of questions.
15 I'm not sure how to sift through them, so if you could
16 sort of narrow them down that would be helpful.
17 BY MR. REESE:
18     Q.  Do you know what a pin is?
19     A.  I do know what pins are in general.
20     Q.  What are pins?
21     A.  Do you mean in the context of the Pinterest
22 product or do you mean more generally?
23     Q.  In the context of the Pinterest product.
24     A.  In the context of the Pinterest product, a pin
25 is a piece of content that a user has saved to our

Page 75

1   ==platform usually to use as a visual bookmark to some==
2   ==other content on the Internet.==
3       Q.   Does Pinterest have internal rules or guidelines
4   regarding how Pinterest can use pinned images?
5       A.   I don't know.  I mean, I don't know if we have
6   like specific rules that are laid out; we may or may not.
7   I think in general we want to use them in ways that
8   respect the rights of rights holders.
9       Q.   Are there images on Pinterest that are not pins?
10      A.   Yes.
11      Q.   What are those images?
12      A.   I don't know if I have a comprehensive list, but
13  things like profile pictures or specific profile would be
14  something that's not considered a pin.
15      Q.   I'm going to show you what's been previously
16  introduced as Exhibit 3.  Review that.  Let me know when
17  you've had a chance to review it.
18      A.   Okay.  Yeah, I had a chance to look at it.
19      Q.   So see where it says "Vintage Photo Kissing
20  Couple" on the right-hand side?
21      A.   I see that.  Yes.
22      Q.   Is that a pin?
23           MR. KRAMER:  Objection.  Calls for speculation.
24           THE WITNESS:  I think I would have to see this
25  in context to know exactly what it is.  Yeah, I don't

Page 115

1  notice was sent in 2016, do you think that would have --
2  that's an error that that image is appearing on Pinterest
3  platform?
4         MR. KRAMER:  Objection.  Incomplete
5  hypothetical.  Objection to the form of the question.
6         THE WITNESS:  So I mean, it doesn't -- without
7  knowing more like all the specifics, it doesn't seem like
8  it would necessarily be an error because of the way that
9  our remove-all process works.
10 BY MR. REESE:
11     Q.  When -- you spoke to Mr. Davis in 2019, correct?
12     A.  Yes, I believe that's correct.
13     Q.  And were you going to offer him something that
14 was outside the regular DMCA takedown notice process at
15 Pinterest?
16         MR. KRAMER:  Objection.  Beyond the scope.  Want
17 to ask about this at the individual deposition, that's
18 fine.  But this isn't what he's here to testify on as
19 corporate representative.
20         You can answer in individual capacity.
21         THE WITNESS:  Okay.  So we had offered to
22 Mr. Davis to help him identify his works on the platform
23 if he would provide us with information that we needed to
24 do that.
25

Page 116

1  BY MR. REESE:
2      Q.  What specifically were you offering him?
3          MR. KRAMER:  Same objection.
4          THE WITNESS:  So we were offering that if he
5  could provide us with reference files for his images that
6  we could use those reference files to try and find
7  matches of those files on our end.
8  BY MR. REESE:
9      Q.  They have to be exact matches?
10         MR. KRAMER:  Objection.  Question's vague.  Same
11 objection as beyond the scope.
12         THE WITNESS:  So if you mean exact matches in a
13 way that I've been using that phrase, I would say that
14 was one way that we could try and do the identification.
15 But I think we were open to potentially doing more than
16 just exact matches.
17 BY MR. REESE:
18     Q.  Like what?
19         MR. KRAMER:  Same objection.
20         THE WITNESS:  So I think we were open to trying
21 to help identify what we would term as near duplicates.
22 Those are images that are very close to the original
23 image but perhaps not an exact match in the MD5 sense of
24 the word.
25

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 140

1  description of work provided by the claimant."  And then
2  it states, "With this provided information and based on
3  our policies, is the takedown request reasonably
4  sufficient to be processed and apply the correct
5  policies?"
6         See what I'm reading there?
7     A.  I see that language.
8     Q.  Do you know what it means when referencing
9  policies when it says "apply the correct policies"?
10    A.  I don't know like specifically what policies are
11 being referenced there.
12    Q.  Do you know who drafted this document?
13    A.  I don't know.
14    Q.  So we went over -- if you go back to Exhibit 1.
15    A.  Okay.  Excuse me.  Yeah, I'm on Exhibit 1 now.
16    Q.  Do you know what action Pinterest took in
17 response to this DMCA takedown notice?
18    A.  My understanding is that in response to this
19 notice we removed the content identified and I believe we
20 also applied the remove all.
21    Q.  Why do you believe you applied remove all?
22        MR. KRAMER:  Question's vague.
23        THE WITNESS:  What do you mean by that?
24 BY MR. REESE:
25    Q.  You said, "I believe we applied remove all."

1    I'm asking what do you mean by that?
2         A.   Yeah, my understanding is that we removed all
3    versions of the image in response to this one.
4         Q.   So if -- have you gone and seen if there are any
5    images of Cherry Branch on White on Pinterest website
6    these days?
7         A.   I have not.
8         Q.   What is your understanding based upon that you
9    removed all images of Cherry Branch on White?
10        A.   So it's based upon the records that we have for
11   how we processed the particular image or the particular
12   notice I should say.
13        Q.   Why did you remove all based upon this DMCA
14   takedown request?
15        A.   So I don't know specifically for this request
16   what the reviewer -- in this case I believe it was
17   Maddie -- was thinking and I think I -- you know, having
18   talked to her, she didn't remember this particular
19   request.  But the -- but you know, I assume that she
20   would have followed the guidelines that I laid out before
21   about how reviewers decide whether or not to apply remove
22   all.
23        Q.   Is it your belief, though, that this particular
24   DMCA takedown notice does not request removal of all
25   images of this Cherry Branch on White?