UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD DAVIS, on behalf of himself and all others similarly situated,<br><br>                            Plaintiff,<br><br>   vs.<br><br>PINTEREST, INC.<br><br>                            Defendant. | Case No.: 4:19-cv-7650-HSG<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS** |

After consideration of Plaintiff Harold Davis's Motion to Remove Incorrectly Filed Documents, and good cause having been shown, it is:

**ORDERED** that Plaintiff's motion is **GRANTED**; and

**ORDERED** that documents ECF Nos. 150, 150-1, 154-2 and 154-4 shall be permanently removed from ECF.

**SO ORDERED** this 8th day of November, 2021.

_____
Hon. Haywood S. Gilliam, Jr.
United States District Court