UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD DAVIS, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>PINTEREST, INC.<br><br>　　　　　　　　　　　Defendant. | Case No. 4:19-cv-7650-HSG (TSH)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION *IN LIMINE* NO. 1 RE: FACTS ON PLAINTIFF'S BANKRUPTCY AND DEFENSE OF JUDICIAL ESTOPPEL**<br><br>Date:　　March 8, 2022<br>Time:　　3:00 p.m.<br>Judge:　 Hon. Haywood S. Gilliam, Jr.<br>Location: Courtroom 2<br>　　　　　United States Courthouse<br>　　　　　1301 Clay Street<br>　　　　　Oakland, California |

[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION IN LIMINE NO. 1
CASE NO. 19-cv-7650

Upon review and consideration of Plaintiff Harold Davis's Motion *in Limine* No. 1 Re: Facts on Plaintiff's Bankruptcy and Defense of Judicial Estoppel, it is:

**ORDERED** that Plaintiff's motion is **GRANTED**;

**ORDERED** that Defendant is prohibited from introducing evidence or argument related to judicial estoppel;

**ORDERED** that Defendant's Trial Exhibits 131, 132 are excluded in their entirety;

**ORDERED** that page 47-64 of Defendant's Trial Exhibit 141 is excluded; and

**ORDERED** that Defendant is prohibited from eliciting testimony on Plaintiff's bankruptcy during trial.

**SO ORDERED** this ___ day of _____, 2022.

                                                      _____
                                                      Hon. Haywood S. Gilliam, Jr.
                                                      United State District Court