1   DAVID H. KRAMER, SBN 168452            SUE J. NAM, SBN 206729
    WILSON SONSINI GOODRICH & ROSATI       MICHAEL R. REESE, SBN 206773
2   Professional Corporation                REESE LLP
    650 Page Mill Road                      100 West 93rd Street. 16th Floor
3   Palo Alto, CA 94304-1050                New York, NY 10025
    Telephone:  (650) 493-9300              Telephone:  (212) 643-0500
4   Facsimile:   (650) 565-5100             Facsimile:   (212) 253-4272
    Email:       dkramer@wsgr.com           Email:       snam@reesellp.com;
5                                                        mreese@reesellp.com
    Attorneys for Defendant
6   PINTEREST, INC.                         CHARLES D. MOORE
                                            REESE LLP
7                                           100 South 5th Street
                                            Minneapolis, MN 55402
8                                           Telephone:  (212) 643-0500
                                            Email:       cmoore@reesellp.com
9
                                            Attorneys for Plaintiff
10                                          HAROLD DAVIS

11

12

13                      UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                           OAKLAND DIVISION

16

17  HAROLD DAVIS,                      )   CASE NO.:  4:19-cv-07650-HSG
                                       )
18          Plaintiff,                 )   **STIPULATION AND [PROPOSED] ORDER**
                                       )   **CONTINUING PRETRIAL CONFERENCE**
19      v.                             )   **AND HEARING ON MOTIONS IN LIMINE**
                                       )   **FROM MARCH 22, 2022 TO MARCH 29, 2022**
20  PINTEREST, INC.,                   )
                                       )
21          Defendant.                 )
                                       )
22                                     )   Honorable Haywood S. Gilliam, Jr.
                                       )
23                                     )
                                       )
24                                     )
                                       )
25

26

27

28

1    Pursuant to Civil Local Rule 6-2, Plaintiff Harold Davis ("Plaintiff") and Defendant

2  Pinterest, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel

3  of record, hereby stipulate as follows:

4    WHEREAS, on February 28, 2022, the Court continued the Pretrial Conference from

5  March 8, 2022 to March 22, 2022. *See* ECF No. 206;

6    WHEREAS, on March 1, 2022, the Court continued the hearing on the motions in limine

7  from March 8, 2022 to March 22, 2022 .  *See* ECF No. 207;

8    WHEREAS, undersigned lead trial counsel for Plaintiff is unavailable on March 22, 2022

9  due to a scheduling conflict caused by a long-planned family commitment he has that week that

10  will have him out of the country with extremely limited phone service; and

11    WHEREAS, counsel for the Parties have met and conferred and agreed that March 29,

12  2022 is a date that works for counsel for both Parties for the Pretrial Conference, assuming it

13  works for the Court.

14     THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that, if the

15  Court approves, that the Pretrial Conference should be continued from March 22, 2022 to March

16  29, 2022 at 3:00 pm.

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER                                      CASE NO.:  4:19-CV-07650-HSG

1

Dated:  March 2, 2022                                          REESE LLP

2

3
                                                              By: */s/ Michael R. Reese*
4                                                                    Michael R. Reese
                                                                     mreese@reesellp.com
5
                                                              Attorneys for Plaintiff
6                                                             HAROLD DAVIS

7

8                                                             Respectfully submitted,

9   Dated: March 2, 2022                                      WILSON SONSINI GOODRICH & ROSATI
                                                              Professional Corporation
10

11
                                                              By:    */s/ David H. Kramer*
12                                                                   David H. Kramer
                                                                     dkramer@wsgr.com
13
                                                              Attorneys for Defendant
14                                                            PINTEREST, INC.

15

16                                        **ATTORNEY ATTESTATION**

17          I, Michael R. Reese, am the ECF User whose identification and password are being used

18   to file this stipulation.  In compliance with Local Rule 5-1(i)(3), I hereby attest that the

19   concurrence in the filing of the document has been obtained from the other signatory.

20
                                                              By:     */s/ Michael R. Reese*
21

22

23

24

25

26

27

28

-2-

1

**[PROPOSED]**
**ORDER**

2

3

Based upon the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED

that the following case deadlines shall be reset in this matter:

4

5

The Pretrial Conference and Hearing on the Motions in Limine are continued from March

22, 2022 to 3:00 p.m. on March 29, 2022.

6

7

8

Dated: March _____, 2022

_____

9

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on March 2, 2022, I electronically filed the above document with the

3

Clerk of the Court using CM/ECF which will send electronic notification of such filing to all

4

registered counsel.

5

6

By:   */s/ Michael R. Reese*

7

Michael R. Reese

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-