| | |
|---|---|
| DAVID H. KRAMER, SBN 168452<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email:   dkramer@wsgr.com<br><br>Attorneys for Defendant<br>PINTEREST, INC. | SUE J. NAM, SBN 206729<br>MICHAEL R. REESE, SBN 206773<br>REESE LLP<br>100 West 93rd Street. 16th Floor<br>New York, NY 10025<br>Telephone: (212) 643-0500<br>Facsimile:  (212) 253-4272<br>Email:    snam@reesellp.com;<br>            mreese@reesellp.com<br><br>CHARLES D. MOORE<br>REESE LLP<br>100 South 5th Street<br>Minneapolis, MN 55402<br>Telephone: (212) 643-0500<br>Email:    cmoore@reesellp.com<br><br>Attorneys for Plaintiff<br>HAROLD DAVIS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HAROLD DAVIS,<br><br>        Plaintiff,<br><br>    v.<br><br>PINTEREST, INC.,<br><br>        Defendant. | CASE NO.: 4:19-cv-07650-HSG<br><br>**STIPULATION AND ORDER (as modified) CONTINUING PRETRIAL CONFERENCE AND HEARING ON MOTIONS IN LIMINE FROM MARCH 22, 2022 TO MARCH 29, 2022**<br><br>Honorable Haywood S. Gilliam, Jr. |

Pursuant to Civil Local Rule 6-2, Plaintiff Harold Davis ("Plaintiff") and Defendant Pinterest, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on February 28, 2022, the Court continued the Pretrial Conference from March 8, 2022 to March 22, 2022. *See* ECF No. 206;

WHEREAS, on March 1, 2022, the Court continued the hearing on the motions in limine from March 8, 2022 to March 22, 2022 . *See* ECF No. 207;

WHEREAS, undersigned lead trial counsel for Plaintiff is unavailable on March 22, 2022 due to a scheduling conflict caused by a long-planned family commitment he has that week that will have him out of the country with extremely limited phone service; and

WHEREAS, counsel for the Parties have met and conferred and agreed that March 29, 2022 is a date that works for counsel for both Parties for the Pretrial Conference, assuming it works for the Court.

THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that, if the Court approves, that the Pretrial Conference should be continued from March 22, 2022 to March 29, 2022 at 3:00 pm.

Dated: March 2, 2022                         REESE LLP

                                             By: */s/ Michael R. Reese*
                                                     Michael R. Reese
                                                     mreese@reesellp.com

                                             Attorneys for Plaintiff
                                             HAROLD DAVIS


                                             Respectfully submitted,

Dated: March 2, 2022                         WILSON SONSINI GOODRICH & ROSATI
                                             Professional Corporation


                                             By:   */s/ David H. Kramer*
                                                     David H. Kramer
                                                     dkramer@wsgr.com

                                             Attorneys for Defendant
                                             PINTEREST, INC.


**ATTORNEY ATTESTATION**

I, Michael R. Reese, am the ECF User whose identification and password are being used to file this stipulation.  In compliance with Local Rule 5-1(i)(3), I hereby attest that the concurrence in the filing of the document has been obtained from the other signatory.

                                  By:     */s/ Michael R. Reese*

**ORDER**

Based upon the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that the following case deadlines shall be reset in this matter:

The Pretrial Conference and Hearing on the Motions in Limine are continued from March 22, 2022 to 3:00 p.m. on March 29, 2022 at 3:00 p.m. via Zoom.

Dated: March 3, 2022

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE