| | |
|---|---|
| DAVID H. KRAMER, SBN 168452<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email:    dkramer@wsgr.com<br><br>Attorneys for Defendant<br>PINTEREST, INC. | SUE J. NAM, SBN 206729<br>MICHAEL R. REESE, SBN 206773<br>REESE LLP<br>100 West 93rd Street. 16th Floor<br>New York, NY 10025<br>Telephone: (212) 643-0500<br>Facsimile: (212) 253-4272<br>Email:    snam@reesellp.com;<br>             mreese@reesellp.com<br><br>CHARLES D. MOORE<br>REESE LLP<br>100 South 5th Street<br>Minneapolis, MN 55402<br>Telephone: (212) 643-0500<br>Email:    cmoore@reesellp.com<br><br>Attorneys for Plaintiff<br>HAROLD DAVIS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HAROLD DAVIS,<br><br>            Plaintiff,<br><br>     v.<br><br>PINTEREST, INC.,<br><br>            Defendant. | CASE NO.: 4:19-cv-07650-HSG<br><br>**STIPULATION AND ORDER EXTENDING PINTEREST, INC.'S DEADLINE TO FILE MOTION FOR ATTORNEYS' FEES**<br><br>Honorable Haywood S. Gilliam, Jr. |

Pursuant to the Civil Local Rules of this District, Plaintiff Harold Davis ("Plaintiff") and Defendant Pinterest, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on May 3, 2022, the Court entered judgment for Pinterest in the above-titled action;

WHEREAS, Defendant's Motion for Attorneys' Fees is currently due on May 17, 2022;

WHEREAS, lead counsel for Defendant tested positive for COVID-19 on the night of May 11 and remains symptomatic;

WHEREAS, the Parties have agreed to a ten (10) day extension of Defendant's time to file its Motion for Attorneys' Fees;

WHEREAS, this request is made in good faith, is not being filed for the purpose of delay, and will not prejudice any party.

THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that, if the Court approves, the deadline for Defendant to file its Motion for Attorneys' Fees should be extended from May 17, 2022 to May 27, 2022.

Respectfully submitted,

Dated: May 13, 2022

REESE LLP

By: /s/ Sue J. Nam
    Sue J. Nam
    snam@reesellp.com

Attorneys for Plaintiff
HAROLD DAVIS

Dated: May 13, 2022

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ David H. Kramer
    David H. Kramer
    dkramer@wsgr.com

Attorneys for Defendant
PINTEREST, INC.

1  **ATTORNEY ATTESTATION**

2  I, David H. Kramer, am the ECF User whose identification and password are being used
3  to file this stipulation.  In compliance with Local Rule 5-1(i)(3), I hereby attest that the
4  concurrence in the filing of the document has been obtained from the other signatory.

By:    */s/ David H. Kramer*

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-

STIPULATION AND ORDER                                              CASE NO.: 4:19-CV-07650-HSG

**ORDER**

Based upon the parties' stipulation, and good cause appearing, Defendant Pinterest, Inc.'s deadline to file its Motion for Attorneys' Fees is HEREBY EXTENDED from May 17, 2022 to May 27, 2022.

**IT IS SO ORDERED.**

Dated:  5/16/2022

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT