1    DAVID H. KRAMER, SBN 168452      SUE J. NAM, SBN 206729

2    WILSON SONSINI GOODRICH & ROSATI    MICHAEL R. REESE, SBN 206773
     Professional Corporation      REESE LLP

3    650 Page Mill Road      100 West 93rd Street. 16th Floor
     Palo Alto, CA 94304-1050      New York, NY 10025

4    Telephone: (650) 493-9300      Telephone: (212) 643-0500
     Facsimile: (650) 565-5100      Facsimile: (212) 253-4272

5    Email:    dkramer@wsgr.com      Email:    snam@reesellp.com;
                                       mreese@reesellp.com

6    Attorneys for Defendant
     PINTEREST, INC.      CHARLES D. MOORE

7                                       REESE LLP
                                      100 South 5th Street

8                                       Minneapolis, MN 55402
                                      Telephone: (212) 643-0500

9                                       Email:    cmoore@reesellp.com

10                                       Attorneys for Plaintiff
                                      HAROLD DAVIS

11

12

13                 UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15                      OAKLAND DIVISION

16

17    HAROLD DAVIS,             )    CASE NO.: 4:19-cv-07650-HSG
                              )

18           Plaintiff,        )    **STIPULATION AND ORDER EXTENDING**
                              )    **PLAINTIFF'S DEADLINE TO OPPOSE**

19                               )    **PINTEREST'S BILL OF COSTS AND**
         v.                   )    **PINTEREST, INC.'S DEADLINE TO FILE**

20                               )    **MOTION FOR ATTORNEYS' FEES**
     PINTEREST, INC.,          )

21                               )

22           Defendant.       )
                              )

23                               )    Honorable Haywood S. Gilliam, Jr.
                              )

24                               )

25

26

27

28

Pursuant to the Civil Local Rules of this District,  Plaintiff Harold Davis ("Plaintiff") and Defendant Pinterest, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on May 3, 2022, the Court entered judgment for Defendant in the above-titled action;

WHEREAS, on May 17, 2022, Defendant filed its Bill of Costs (ECF No. 215);

WHEREAS, pursuant to Federal Rule of Civil Procedure 54(d), the "clerk may tax costs on 14 days' notice," and "on motion served within the next 7 days, the court may review the clerk's action";

WHEREAS, Plaintiff intends to file his objections to Defendant's Bill of Costs before the Clerk of the Court taxes any costs against Plaintiff on or after May 31, 2022;

WHEREAS, Defendant's Motion for Attorneys' Fees is currently due May 27, 2022 (ECF No. 214);

WHEREAS, Plaintiff intends to appeal the Court's Summary Judgment Order (ECF No. 211) by June 2, 2022;

WHEREAS, given the forthcoming appeal and in the interests of conserving party and judicial resources, the Parties have agreed to continue Plaintiff's deadline to oppose Defendant's Bill of Costs (and any related deadlines) and Defendant's deadline to file its Motion for Attorneys' fees (and any related deadlines) until the earliest of twenty-one (21) days after the Ninth Circuit issues its mandate on Plaintiff's appeal, or 21 days after the Ninth Circuit orders the appeal dismissed;

WHEREAS, this request is made in good faith, is not being filed for the purpose of delay, and will not prejudice any party.

THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that, if the Court approves:

1.      Defendant's Bill of Costs should not be taxed against Plaintiff by the Clerk of Court at this time;

2.      The deadline for Plaintiff to oppose Defendant's Bill of Costs should be extended

1   until the earlier of twenty-one (21) days after the Ninth Circuit issues its mandate on Plaintiff's

2   forthcoming appeal, or 21 days after the Ninth Circuit orders the appeal dismissed; and

3        3.    The deadline for Defendant to file its Motion for Attorney's Fees should be

4   extended to the earlier of twenty-one (21) days after the Ninth Circuit issues its mandate on

5   Plaintiff's forthcoming appeal, or 21 days after the Ninth Circuit orders the appeal dismissed.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

Dated:  May 24, 2022

REESE LLP

By: */s/ Sue J. Nam*
      Sue J. Nam
      snam@reesellp.com

Attorneys for Plaintiff
HAROLD DAVIS

Dated:  May 24, 2022

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:    */s/ David H. Kramer*
      David H. Kramer
      dkramer@wsgr.com

Attorneys for Defendant
PINTEREST, INC.

**ATTORNEY ATTESTATION**

I, David H. Kramer, am the ECF User whose identification and password are being used to file this stipulation.  In compliance with Local Rule 5-1(i)(3), I hereby attest that the concurrence in the filing of the document has been obtained from the other signatory.

By:    */s/ David H. Kramer*

Stipulation and [Proposed] Order                                    Case No.:  4:19-cv-07650-HSG

**ORDER**

Based upon the parties' stipulation, and good cause appearing:

1.    The Clerk of the Court shall not tax Defendant Pinterest, Inc.'s Bill of Costs against Plaintiff at this time;

2.    Plaintiff Harold Davis's deadline to oppose Defendant Pinterest, Inc.'s Bill of Costs is HEREBY EXTENTED from May 31, 2022 until the earlier of twenty-one (21) days after the Ninth Circuit issues its mandate on Plaintiff's forthcoming appeal, or 21 days after the Ninth Circuit orders the appeal dismissed; and

3.    Defendant Pinterest, Inc.'s deadline to file its Motion for Attorneys' Fees is HEREBY EXTENDED from May 27, 2022 to the earlier of twenty-one (21) days after the Ninth Circuit issues its mandate on Plaintiff's forthcoming appeal, or 21 days after the Ninth Circuit orders the appeal dismissed.

**IT IS SO ORDERED.**

Dated: 5/25/2022

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT