| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>MAR 31 2023<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| HAROLD DAVIS,<br><br>　　　　Plaintiff-Appellant,<br><br>　v.<br><br>PINTEREST, INC.,<br><br>　　　　Defendant-Appellee. | No.　22-15804<br><br>D.C. No. 4:19-cv-07650-HSG<br>Northern District of California,<br>Oakland<br><br>ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Appellee's unopposed motion (Docket Entry No. 27) to file Volume 2 of the supplemental excerpts of record under seal is granted. The Clerk will file publicly the motion to seal (Docket Entry No. 27-1), the answering brief (Docket Entry No. 25), and Volume 1 of the supplemental excerpts of record (Docket Entry No. 26). The Clerk will file under seal Volume 2 of the supplemental excerpts of record (Docket Entry No. 27-2).

Within 21 days of this order, appellee must submit for public filing a redacted version of the Volume 2 of the supplemental excerpts of record that tracks the redactions highlighted in Docket Entry No. 27-2. The page numbering in the public version must remain the same as in the sealed version.

The optional reply brief remains due April 26, 2023.

MKS-/MOATT